**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOHN MCCLOSKEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>VOLVO CAR FINANCIAL SERVICES, U.S., LLC, and SRA Associates, LLC,<br><br>        Defendant. | Case No.: 2:22-cv-00995-TL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Noted for consideration for July 21, 2022 per LRC 7(d)(1) and 10(g). |

      Plaintiff John McCloskey ("Plaintiff") and Defendant Volvo Car Financial Services, U.S., LLC ("VCFS") together ("the Parties"), by and through their respective counsel of record, hereby stipulate to an order providing that VCFS's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 10 days, to August 5, 2022.

Dated: July 26, 2022

Respectfully Submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: /s/Hunter K. Ahern
Hunter K. Ahern
WA Bar No.: 54489
701 Fifth Avenue, Suite 6800
Seattle, WA  98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
E-mail: hahern@shb.com

*Attorneys for Defendant VOLVO CAR FINANCIAL SERVICES, U.S., L.L.C.*

**ANDERSON SANTIAGO, PLLC**

By: /s/ Jason D. Anderson
Jason D. Anderson
WA Bar No.: 38014
207B Sunset Blvd. N.
Renton, WA 98057
Telephone (206) 395-2665
Email: jason@alkc.net

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of July 2022.

*[signature]*

Tana Lin
United States District Judge