The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN MCCLOSKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>VOLVO CAR FINANCIAL SERVICES, U.S., LLC, and SRA Associates, LLC,<br><br>    Defendant. | Case No.: 2:22-cv-00995-TL<br><br>**STIPULATION AND ORDER TO SUBMIT CLAIMS TO BINDING ARBITRATION AND STAY PROCEEDINGS**<br><br>Noted for consideration for August 29, 2022 per LCR 7(d)(1) and 10(g). |

Plaintiff John McCloskey ("Plaintiff") and Defendants Volvo Car Financial Services, U.S., LLC ("VCFS") and SRA Associates, LLC ("SRA") (together the "Parties"), by and through their respective counsel of record, hereby stipulate to an order providing that Plaintiff's claims against VCFS and SRA be submitted to binding arbitration and the proceedings herein stayed as follows:

WHEREAS, on June 21, 2022, Plaintiff served an unfiled King County Superior Court Action (the "Complaint") on VCFS and SRA.

WHEREAS, the Complaint alleges claims against VCFS and SRA for: (1) Violations of the Fair Debt Collection Practices Act (Counts 1 and 2); (2) Violations of RCW Chapters 19.16 and 19.86 et seq. (the Washington State Consumer Protection Act) (Counts 3-5); (3) Civil Conspiracy (Count 6); and (4) Outrage (Count 7), seeking the recovery of actual damages, statutory damages,

treble damages, attorneys' fees and costs, and the imposition of injunctive relief (the "Claims"). Doc. No. 1.

WHEREAS, on July 19, 2022, with the consent of SRA, VCFS filed a Notice of Removal of the Complaint to this Court, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. Doc. No. 1.

WHEREAS, on July 22, 2022, SRA filed its Answer to Complaint. Doc. No. 7.

WHEREAS, on August 5, 2022, VCFS filed its Answer to Complaint, asserting, *inter alia*, the affirmative defense of arbitration and award, based on the 2016 Motor Vehicle Lease Agreement executed by Plaintiff (the "2016 Lease Agreement"), which, at Paragraph 62, includes an arbitration clause, governed by and enforceable under the Federal Arbitration Act (9 U.S.C. § 1 et seq. ) and not by any state law concerning arbitration (the "Arbitration Clause"). Doc. No. 14.

WHEREAS, a copy of the Arbitration Clause is attached hereto as Exhibit A.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that: (1) the Claims shall be submitted to binding arbitration pursuant to the terms and provisions of the Arbitration Clause and the FAA (the "Arbitration"); (2) subject to the terms and provisions of the Arbitration Clause and the FAA, the Arbitration may be administered by Judicial Dispute Resolution in Seattle, Washington ("JDR"), on the condition that Steven Scott, Judge of King County Superior Court, Retired, be appointed as the arbitrator; (3) to the extent that, for any reason, Judge Scott cannot, will not, or is unable to preside over the Arbitration, then the Arbitration shall be administered before an arbitration organization other than JDR in accordance with the terms and provisions of the Arbitration Clause and the FAA; (4) all proceedings in this matter, including any pending deadlines, are stayed pending completion of Arbitration pursuant to 9 U.S.C. § 3; and (5) the Parties shall provide this Court with a status report in 120 days or at the completion of the Arbitration, whichever occurs first.

Dated: September 7, 2022

Respectfully Submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/Hunter K. Ahern*
Hunter K. Ahern
WA Bar No.: 54489
701 Fifth Avenue, Suite 6800
Seattle, WA  98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
E-mail: hahern@shb.com

*Attorneys for Defendant VOLVO CAR FINANCIAL SERVICES, U.S., L.L.C.*

**ANDERSON SANTIAGO, PLLC**

By: */s/ Jason D. Anderson*
Jason D. Anderson
WA Bar No.: 38014
207B Sunset Blvd. N.
Renton, WA 98057
Telephone (206) 395-2665
Email: jason@alkc.net

*Attorneys for Plaintiff*

**KETTER SHEPPARD & JACKSON, LLP**

By: */s/ Andrew D. Shafer*
Andrew D. Shafer
WA Bar No. 9405
50 - 116th Ave SE; Suite 201
Bellevue, WA 98004
Direct: 206.330.2054; Main: 206.382. 2600
e-mail: ashafer@sksp.com

*Attorney for SRA Associates, LLC*

**ORDER**

IT IS SO ORDERED.

Dated this <u>7th</u> day of <u>September</u> 2022.

_____
Tana Lin
United States District Judge

Presented by:

**SHOOK, HARDY & BACON L.L.P.**

By: /s/Hunter K. Ahern
Hunter K. Ahern
WA Bar No.: 54489
701 Fifth Avenue, Suite 6800
Seattle, WA  98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
E-mail: hahern@shb.com

*Attorneys for Defendant*
*VOLVO CAR FINANCIAL SERVICES, U.S., L.L.C.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Hunter Ahern
Hunter K. Ahern

**SERVICE LIST VIA CM/ECF**

Jason D. Anderson
ANDERSON SANTIAGO, PLLC
207B Sunset Blvd. N.
Renton, WA 98057
jason@alkc.net

*Attorneys for Plaintiff*

Andrew D. Shafer
KETTER SHEPPARD & JACKSON, LLP
50 – 116th Avenue SE; Suite 201
Bellevue, WA 98004
ashafer@sksp.com

*Attorneys for Defendant SRA Associates, LLC*