**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN McCLOSKEY,

                    Plaintiff,

    v.

VOLVO CAR FINANCIAL SERVICES US, LLC and SRA ASSOCIATES, LLC,

                 Defendants.

NO.: 2:22-cv-00995-TL

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR SRA ASSOCIATES, LLC

Based on the motion and declaration of counsel for Defendant SRA Associates, LLC for an order permitting counsel of record to withdraw and good cause having been shown,

IT IS HEREBY ORDERED that Andrew D. Shafer and Ketter Sheppard & Jackson, LLP shall be and are hereby relieved of any further responsibilities in this matter as counsel for SRA Associates, LLC.

Dated: February 22, 2023

_____
Tana Lin
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR SRA ASSOCIATES, LLC - 1