The Honorable Tana Lin

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   JOHN MCCLOSKEY,                    Case No.: 2:22-cv-00995-TL

11          Plaintiff,                  **STIPULATION AND ORDER OF
                                        DISMISSAL OF THE ENTIRE DISTRICT
12          vs.                         COURT ACTION WITH PREJUDICE
                                        PURSUANT TO FEDERAL RULES OF
13   VOLVO CAR FINANCIAL SERVICES,      CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)**
     U.S., LLC, and SRA Associates, LLC,
14
            Defendants.

15          Plaintiff John McCloskey, Defendant Volvo Car Financial Services, U.S., LLC, and

16   Defendant SRA Associates, LLC (together the "Parties"), by and through their respective counsel of

17   record, hereby stipulate that the above-captioned district court action be and is dismissed in its

18   entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), without

     costs to each Party.
19

20

21

22

23

24   Dated: May 31, 2023

STIPULATION AND ORDER OF DISMISSAL

Respectfully Submitted,

**ANDERSON SANTIAGO, PLLC**

By: */s/ Jason D. Anderson*_____
Jason D. Anderson
WA Bar No.: 38014
207B Sunset Blvd. N.
Renton, WA 98057
Telephone (206) 395-2665
Email: jason@alkc.net

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Robert E. Feyder*_____
Robert E. Feyder, admitted *pro hac vice*
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093
E-mail: rfeyder@shb.com

*Attorneys for Defendant VOLVO CAR FINANCIAL SERVICES, U.S., L.L.C.*

**SNELL & WILMER L.L.P.**

By: */s/ Clifford S. Davidson*_____
Clifford S. Davidson
WA Bar No. 48313
506 Second Avenue, Suite 1400
Seattle, WA 98104
Email: csdavidson@swlaw.com

*Attorney for SRA Associates, LLC*

IT IS SO ORDERED.

Dated this 6th day of June 2023.

Tana Lin
United States District Judge